# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROSHAWN J. WALKER                                                                                                    PLAINTIFF

v.                                        No. 4:13CV00541-JM-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                                    DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and hereby are approved and adopted in their entirety as this Court's findings in all respects.

DATED this      16th   day of   June      , 2014.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE